

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ELOY GUAJARDO AND
FELIPE MARTINEZ                                                     **PLAINTIFFS**

VS.                                    CIVIL ACTION NO.: 3:20cv59-HTW-LRA

COMPLETE LOGISTICS, LLC
AND CHRISTOPHER ALSOBROOK                                           **DEFENDANTS**

## COMPLAINT
### (JURY TRIAL REQUESTED)

COMES NOW the Plaintiffs, Eloy Guajardo and Felipe Martinez (hereafter "Plaintiff" and/or "Mr. Guajardo" and/or "Mr. Martinez"), by and through their attorney(s) of record, and files this Complaint as follows:

### I. PARTIES

1. Mr. Guajardo is an adult citizen of the state of Mississippi, and presently resides at 5096 Highway 80 West, Jackson, Mississippi 39209.

2. Mr. Martinez is an adult citizen of the state of Texas, and presently resides at 1505 Ward Road, Apartment 205, Baytown, Texas 77520.

3. Defendant Complete Logistics, LLC, is a corporation organized under the laws of the State of Georgia with its principal place of business therein at 316 Mayfield Drive, Monroe, Georgia 30655. This Defendant's registered agent for service of process is Shannon Sturgill whose address is 681 Hillside Drive, Grayson, Georgia, 30017. This Defendant corporation does not have a certificate of authority to transact business in the State of Mississippi. This Defendant may be served with process of this Court as a nonresident motorist pursuant to Miss. Code Ann. §13-3-63.

4. Defendant Christopher Alsobrook is believed to be an adult resident of the State of Georgia whose last known address is 2522 Brentwood Court, Decatur, Georgia 30032. This

Defendant may be served with process of this Court as a nonresident motorist pursuant to Miss. Code Ann. §13-3-63.

## II. JURISDICTION

5. This Court has jurisdiction over the subject matter of this civil action pursuant to 28 U.S.C. § 1332 as it is between citizens of different states, and the amount in controversy exceeds $75,000 exclusive of interests and costs.

6. This Court has jurisdiction over the Defendants pursuant to Miss. Code Ann. §13-3-57 as those Defendants transacted business in the State of Mississippi and committed torts against residents of the State of Mississippi. This Court's exercise of jurisdiction over the Defendants is in accordance with the Fourteenth Amendment of the United States Constitution as the Defendants had and have sufficient contacts with the State of Mississippi.

## III. VENUE

7. This Court is the proper venue for this action pursuant to 28 U.S.C. §1391(a)(2) as a substantial part of the events or omissions giving rise to Plaintiffs' claims occurred in this judicial district.

## IV. FACTS

8. This lawsuit arises from a motor vehicle collision which occurred on April 11, 2018. On that date Plaintiffs were stopped in traffic westbound on Countyline Road in Ridgeland, Mississippi in Mr. Guajardo's 2001 Ford F-150. Mr. Guajardo was driving, and Mr. Martinez was his passenger.

9. At the time of the collision, Defendant Alsobrook was driving a 2008 Freightliner. The Freightliner was owned by Defendant Complete Logistics, LLC, and Defendant Alsobrook was acting within the course and scope of his employment with Defendant Complete Logistics at the

time of the collision.

10. At the time of the collision, Mr. Guajardo was stopped in traffic when he was struck in rear by Defendant Alsobrook.

11. The collision resulted in personal injuries to the Plaintiffs. The Plaintiffs were transported from the scene of the collision to the hospital by ambulance.

## V. NEGLIGENCE CLAIMS AGAINST DEFENDANT ALSOBROOK

12. Defendant Alsobrook was negligent in:

   a. Failing to maintain control of his vehicle;

   b Failing to drive at a reasonable rate of speed;

   c. Failing to maintain a proper lookout;

   d. Failing to avoid a collision with a vehicle in front of him and

   e. Upon information and belief, violation of various Federal Motor Carrier Safety Regulations; and,

   f. Other acts of negligence to be demonstrated at trial.

13. Defendant Alsobrook's negligence was a proximate cause of the collision in question, the Plaintiffs' personal injuries and the Plaintiffs' damages resulting from their injuries.

## VI. NEGLIGENCE CLAIMS AGAINST DEFENDANT COMPLETE LOGISTICS, LLC

14. Defendant Alsobrook was acting with in the course and scope of his employment by Complete Logistics, LLC, and the latter is therefore vicariously liable for the injuries suffered by Plaintiffs as a result of Alsobrook's negligence under the doctrine of respondeat superior.

15. Upon information and belief, Complete Logistics was also negligent in its hiring, supervision and retention of Defendant Alsobrook.

16. Upon information and further belief, Complete Logitics was negligent through

violation of various Federal Motor Safety Regulations pertaining to Mr. Alsobrook and his vehicle.

17. Defendant Complete Logistics' negligence was a proximate cause of the collision in question, the Plaintiff's personal injuries and the Plaintiffs' damages resulting from their personal injuries.

## VII. DAMAGES

18. As a result of the Defendants' negligence and the collision described herein, both Plaintiffs suffered personal injuries.

19. As a result of their personal injuries, both Plaintiffs are entitled to recovery of:

   a. Past, present and future medical expenses;

   b. Pain and suffering;

   c. Past, present and future lost income;

   d. Mental anguish and emotional distress resulting from their physical injuries; and

   e. Any other category of damages available under the law whether or not set forth specifically herein.

WHEREORE, Plaintiffs Eloy Guajardo and Felipe Martinez demand judgment against the Defendants for the damages set forth herin and for any such other relief as the Court deems proper under the circumstances.

RESPECTFULLY SUBMITTED,

ELOY GUAJARDO AND
FELIPE MARTINEZ

BY: _____
SAMUEL F. CREASEY, ESQ.

OF COUNSEL:
SAMUEL F. CREASEY, Esq. (MSB#99555)
MORGAN & MORGAN, PLLC
4450 OLD CANTON ROAD, SUITE 2
JACKSON, MS 39211
TELEPHONE: (601) 949-3388
FACSIMILE: (601) 949-3399
ATTORNEY FOR PLAINTIFF