IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ELOY GUAJARDO AND**
**FELIPE MARTINEZ**                                                                             **PLAINTIFFS**

**VS.**                                           **CIVIL ACTION NO. 3:20-CV-59-HTW-LRA**

**COMPLETE LOGISTICS, LLC;**
**STEVEN RANDOLPH ENTERPRISES, INC.,**
**CHRISTOPHER ALSOBROOK;**
**AND JOHN DOES 1-10**                                                         **DEFENDANTS**

## ORDER DISMISSING COMPLETE LOGISTICS, LLC

Before this court is the Joint Motion [doc. no. 14] of Plaintiffs by and through counsel, and Defendant Complete Logistics, LLC, by and through counsel. In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties move for an Order dismissing, without prejudice, all of Plaintiffs' claims against Defendant Complete Logistics, LLC and no others in this civil action, with each party bearing their own costs of this action.

The motion [doc. no. 14] is hereby granted. All claims against the Defendant Complete Logistics, LLC only, are hereby dismissed, without prejudice, with each party to bear their own costs. This order has no effect upon the remaining defendants in this cause.

.SO ORDERED AND ADJUDGED, this the19th day of November, 2020.

                                                    s/ HENRY T. WINGATE
                                                    UNITED STATES DISTRICT JUDGE